IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: SUBPOENA TO MEDIATEK USA INC.<br><br>IN CONNECTION WITH:<br><br>COMMWORKS SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC,<br><br>Defendant. | Case No: TBD<br><br>**1:22MC0133 RP**<br><br><br>Case No.: 1:20-cv-7534-MKV<br><br>Pending in: The United States District Court for the Southern District of New York |

## DECLARATION BY JOEL WILLIAMS

I, Joel Williams, declare as follows:

1. I have decades of industrial experience which qualifies me as an expert in the technical subject matter addressed in this Motion, specifically computer systems for communications. My CV is attached as Exhibit 1 to this declaration.

2. I have been retained by CommWorks Solutions, LLC ("CommWorks") as a technical expert witness with respect to the *CommWorks Solutions, LLC v. RCN Telecom Services, LLC*, Civil Action No.: 1:20-cv-7534-MKV (S. D. N. Y.).

3. The technical aspects at issue in the case relevant to this Motion are features of Wi-Fi routers and/or access points, namely Wi-Fi Protected Setup (WPS), Wi-Fi Multimedia (WMM), and/or wireless Quality of Service (QoS) functionality.

4. I have reviewed the four datasheets produced by MediaTek for the following Mediatek Systems-on-Chips (SoCs): MT7615EN, MT7615B, MT7620A, and RT5592. In my

professional opinion these datasheets do not provide sufficient detail as to the implementation of the relevant technical functionalities at issue in the case.

5. Various elements of the asserted patent claims implicate implementation details of WPS, WMM, and/or wireless QoS functionality that are not described in the datasheets produced by Mediatek.

6. It is my opinion that chip designers will need access to internal documentation of the chips and the source code for the chips themselves and for the firmware running on those chips in the ordinary course of designing and testing chips. It is further my opinion that furnishing only high-level datasheets to chip designers is insufficient for chip designers to design and test chips.

7. In my opinion, a contention that engineering personnel regarding chip design does not have access to chips' source code and documentation is not credible.

8. I have been informed by counsel for CommWorks that MediaTek's position is that documents and source code regarding the four relevant MediaTek chips are in the parent company's exclusive control, which is located in Taiwan. It is my opinion that chip designers located regardless of their location must have access to internal documentation, other than the four datasheets mentioned above, and source code to fulfill their job functions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 2/11/2022

_____
Joel Williams