ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20-cv-07534-MKV

| | |
|---|---|
| Commworks Solutions, LLC v. RCN Telecom Services, LLC | Date Filed: 09/14/2020 |
| Assigned to: Judge Mary Kay Vyskocil | Jury Demand: Both |
| Cause: 18:1341 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Commworks Solutions, LLC**    represented by    **Andrey Belenky**
Kheyfits Belenky LLP
80 Broad Street
Ste 5th Floor
New York, NY 10004
212-203-5399
Email: abelenky@kblit.com
*ATTORNEY TO BE NOTICED*

**Brandon Gregory Moore**
Kheyfits Belenky LLP
108 Wild Basin Road South
Suite 250
Austin, TX 78746
737-228-1838
Fax: 737-228-1843
Email: bmoore@kblit.com
*ATTORNEY TO BE NOTICED*

**Daniel Sokoloff**
Irwin IP LLC
180 N. Wacker Drive
Ste 400
60606
Chicago, IL 60606
312-667-6198
Email: dyc590@gmail.com
*ATTORNEY TO BE NOTICED*

**Hanna Glomska Cohen**
Kheyfits Belenky LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
(212) 203-5399
Fax: (212) 203-6445
Email: hgcohen@kblit.com
*ATTORNEY TO BE NOTICED*

**Dmitry A. Kheyfits**
Kheyfits Belenky LLP
80 Broad Street
5th Floor
New York, NY 10004
212-203-5399
Email: dkheyfits@kblit.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RCN Telecom Services, LLC**    represented by

**Richard L Brophy**
Armstrong Teasdale LLP
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO 63105
(314)-621-5070
Fax: (314)-621-5065
Email: rbrophy@atllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B Whitehead**
Armstrong Teasdale LLP
4643 South Ulster Street
Ste 800
Denver, CO 80237
720-200-0676
Email: awhitehead@atllp.com
*ATTORNEY TO BE NOTICED*

**Carla J. Baumel**
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6235
Email: Carla.Baumel@coag.gov
*TERMINATED: 04/07/2021*

**Charles Palella**
Armstrong Teasdale LLP
7 Times Square
44th Floor
New York, NY 10036
212-209-4400
Fax: 212-409-8385
Email: cpalella@atllp.com
*ATTORNEY TO BE NOTICED*

**Chris Katsantonis**
Armstrong Teasdale LLP
2005 Market St.
29th Floor
One Commerce Square
Philadelphia, PA 19103
267-780-2000
Email: ckatsantonis@atllp.com
*ATTORNEY TO BE NOTICED*

**Kyle G Gottuso**
Armstrong Teasdale LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO 63105
314-621-5070
Email: kgottuso@atllp.com
*ATTORNEY TO BE NOTICED*

**Wenkai Tzeng**
Armstrong Teasdale LLP
7700 Forsyth Blvd.
Suite 1800
St Louis, MO 63105
314-552-6686
Fax: 314-621-5065
Email: wtzeng@atllp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2020 | 1 | COMPLAINT against RCN Telecom Services, LLC. (Filing Fee $ 400.00, Receipt Number ANYSDC-21645571)Document filed by Commworks Solutions, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit).(Kheyfits, Dmitry) (Entered: 09/14/2020) |
| 09/14/2020 | 2 | CIVIL COVER SHEET filed..(Kheyfits, Dmitry) (Entered: 09/14/2020) |
| 09/14/2020 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Brainbox Innovations, LLC for Commworks Solutions, LLC. Document filed by Commworks Solutions, LLC..(Kheyfits, Dmitry) (Entered: 09/14/2020) |
| 09/14/2020 | 4 | AO 120 FORM PATENT – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review..(Kheyfits, Dmitry) (Entered: 09/14/2020) |
| 09/14/2020 | 5 | AO 120 FORM PATENT – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review..(Kheyfits, Dmitry) (Entered: 09/14/2020) |
| 09/14/2020 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:20-cv-7529. Document filed by Commworks Solutions, LLC..(Kheyfits, Dmitry) (Entered: 09/14/2020) |
| 09/14/2020 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to RCN Telecom Services, LLC, re: 1 Complaint,,. Document filed by Commworks Solutions, LLC..(Kheyfits, Dmitry) (Entered: 09/14/2020) |
| 09/15/2020 |   | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Unassigned. .(pc) (Entered: 09/15/2020) |
| 09/15/2020 |   | Case Designated ECF. (pc) (Entered: 09/15/2020) |
| 09/15/2020 |   | CASE REFERRED TO Judge Lorna G. Schofield as possibly related to 20cv7529. (pc) (Entered: 09/15/2020) |
| 09/15/2020 |   | Case Eligible for Patent Pilot Program. (pc) (Entered: 09/15/2020) |
| 09/15/2020 | 8 | ELECTRONIC SUMMONS ISSUED as to RCN Telecom Services, LLC..(pc) (Entered: 09/15/2020) |
| 09/15/2020 | 9 | AO 120 FORM PATENT – CASE OPENING – SUBMITTED. In compliance with the provisions of 35 U.S.C. 290, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF)..(pc) (Entered: 09/15/2020) |
| 09/15/2020 | 10 | AO 120 FORM PATENT – CASE OPENING – SUBMITTED. In compliance with the provisions of 35 U.S.C. 290, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF)..(pc) (Entered: 09/15/2020) |
| 09/16/2020 |   | CASE DECLINED AS NOT RELATED. Case referred as related to 20cv7529 and declined by Judge Lorna Schofield and returned to wheel for assignment. (wb) (Entered: 09/16/2020) |
| 09/16/2020 |   | NOTICE OF CASE REASSIGNMENT to Judge Mary Kay Vyskocil. Judge Unassigned is no longer assigned to the case..(wb) (Entered: 09/16/2020) |

| | | |
|---|---|---|
| 09/16/2020 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (wb) (Entered: 09/16/2020) |
| 09/22/2020 | 11 | NOTICE OF APPEARANCE by Andrey Belenky on behalf of Commworks Solutions, LLC..(Belenky, Andrey) (Entered: 09/22/2020) |
| 09/30/2020 | 12 | NOTICE OF APPEARANCE by Hanna Glomska Cohen on behalf of Commworks Solutions, LLC..(Cohen, Hanna) (Entered: 09/30/2020) |
| 10/02/2020 | 13 | MOTION for Brandon G. Moore to Appear Pro Hac Vice *on behalf of CommWorks Solutions, LLC*. Filing fee $ 200.00, receipt number ANYSDC−21960980. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Commworks Solutions, LLC. (Attachments: # 1 Affidavit AFFIDAVIT OF BRANDON G. MOORE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, # 2 Exhibit CERTIFICATE OF GOOD STANDING FOR BRANDON G. MOORE, # 3 Text of Proposed Order [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE).(Moore, Brandon) (Entered: 10/02/2020) |
| 10/02/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Brandon G. Moore to Appear Pro Hac Vice *on behalf of CommWorks Solutions, LLC*. Filing fee $ 200.00, receipt number ANYSDC−21960980. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu) (Entered: 10/02/2020)** |
| 10/05/2020 | 14 | ORDER granting 13 Motion for Brandon G Moore to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 10/05/2020) |
| 10/16/2020 | 15 | SUMMONS RETURNED EXECUTED. RCN Telecom Services, LLC served on 9/24/2020, answer due 10/15/2020. Service was accepted by Robin Banks Intake Specialist. Document filed by Commworks Solutions, LLC..(Belenky, Andrey) (Entered: 10/16/2020) |
| 10/16/2020 | 16 | NOTICE OF APPEARANCE by Charles Palella on behalf of RCN Telecom Services, LLC..(Palella, Charles) (Entered: 10/16/2020) |
| 10/16/2020 | 17 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Mary Kay Vyskocil from Charles Palella dated 10/16/2020. Document filed by RCN Telecom Services, LLC. Return Date set for 11/16/2020 at 05:00 PM..(Palella, Charles) (Entered: 10/16/2020) |
| 10/23/2020 | 18 | MOTION for Richard L. Brophy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−22289630. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Declaration of Richard Brophy, # 2 Certificate of Good Standing, # 3 Proposed Order).(Brophy, Richard) (Entered: 10/23/2020) |
| 10/26/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 18 MOTION for Richard L. Brophy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−22289630. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/26/2020) |
| 10/27/2020 | 19 | ORDER granting 18 Motion for Richard L Brophy to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 10/27/2020) |
| 11/05/2020 | 20 | ORDER: granting 17 Letter Motion for Extension of Time to Answer. Granted. SO ORDERED. RCN Telecom Services, LLC answer due 11/16/2020. (Signed by Judge Mary Kay Vyskocil on 11/05/2020) (ama) (Entered: 11/05/2020) |
| 11/06/2020 | 21 | **FILING ERROR − DEFICIENT DOCKET ENTRY** − MOTION for Carla J. Baumel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by** |

| | | |
|---|---|---|
| | | Clerk's Office staff. Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Declaration of Carla Baumel, # 2 Proposed Order).(Baumel, Carla) Modified on 11/6/2020 (bcu). (Entered: 11/06/2020) |
| 11/06/2020 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE re: Document No. 21 MOTION for Carla J. Baumel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Illinois; the filing fee was not paid;. Re−file the motion as a Corrected Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (bcu) (Entered: 11/06/2020) |
| 11/06/2020 | 22 | MOTION for Carla J. Baumel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−22472320. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Certificate of Good Standing, # 2 Declaration of Carla Baumel, # 3 Proposed Order).(Baumel, Carla) (Entered: 11/06/2020) |
| 11/06/2020 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Carla J. Baumel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−22472320. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba) (Entered: 11/06/2020) |
| 11/09/2020 | 23 | ORDER granting 22 Motion for Carla J Baumel to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 11/09/2020) |
| 11/12/2020 | 24 | FILING ERROR − CORPORATE PARENT/OTHER AFFILIATE NOT ADDED − RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by RCN Telecom Services, LLC..(Brophy, Richard) Modified on 11/18/2020 (ldi). (Entered: 11/12/2020) |
| 11/12/2020 | 25 | ANSWER to 1 Complaint,, with JURY DEMAND. Document filed by RCN Telecom Services, LLC..(Brophy, Richard) (Entered: 11/12/2020) |
| 11/17/2020 | 26 | SCHEDULING ORDER: This case has been assigned to my docket. Accordingly, IT IS HEREBY ORDERED that the parties shall appear for an Initial Pretrial Conference on December 18, 2020 at 10:00 AM. The conference shall be held by telephone. To join, dial 888−278−0296 at the scheduled time. When prompted, enter Access Code 5195844. IT IS FURTHER ORDERED that the parties shall file on ECF a joint letter and Proposed Case Management Plan, as described in the Court's Individual Rules of Practice in Civil Cases, by December 11, 2020; as further set forth herein. Initial Conference set for 12/18/2020 at 10:00 AM before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 11/17/2020) (mro) (Entered: 11/17/2020) |
| 11/18/2020 | | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Richard L Brophy to RE−FILE Document 24 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Corporate Parents/Other affiliates were not added. Please re−file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). (ldi) (Entered: 11/18/2020) |
| 11/19/2020 | 27 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Yankee Cable Acquisition, LLC for RCN Telecom Services, LLC. Document filed by RCN Telecom Services, LLC..(Brophy, Richard) (Entered: 11/19/2020) |
| 12/03/2020 | 28 | FIRST AMENDED COMPLAINT amending 1 Complaint,, against RCN Telecom Services, LLC with JURY DEMAND.Document filed by Commworks Solutions, LLC. Related document: 1 Complaint,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit 1, # 11 Exhibit 2, # 12 Exhibit 3, # 13 Exhibit 4, # 14 |

| | | |
|---|---|---|
| | | Exhibit 5, # 15 Exhibit 6, # 16 Exhibit 7, # 17 Exhibit 8, # 18 Exhibit 9, # 19 Exhibit 10, # 20 Exhibit 11, # 21 Exhibit 12, # 22 Exhibit 13, # 23 Exhibit 14, # 24 Exhibit 15, # 25 Exhibit 16, # 26 Exhibit 17, # 27 Exhibit 18, # 28 Exhibit 19, # 29 Exhibit 20, # 30 Exhibit 21, # 31 Exhibit 22, # 32 Exhibit 23, # 33 Exhibit 24, # 34 Exhibit 25, # 35 Exhibit 26, # 36 Exhibit 27, # 37 Exhibit 28, # 38 Exhibit 29).(Kheyfits, Dmitry) (Entered: 12/03/2020) |
| 12/11/2020 | 29 | JOINT LETTER addressed to Judge Mary Kay Vyskocil from CommWorks Solutions, LLC and RCN Telecom Services, LLC dated December 11, 2020 re: Pre−Scheduling Conference. Document filed by Commworks Solutions, LLC. (Attachments: # 1 Appendix Proposed Scheduling Order).(Belenky, Andrey) (Entered: 12/11/2020) |
| 12/15/2020 | 30 | ANSWER to 28 Amended Complaint,,, with JURY DEMAND. Document filed by RCN Telecom Services, LLC..(Brophy, Richard) (Entered: 12/15/2020) |
| 12/18/2020 | | Minute Entry for proceedings held before Judge Mary Kay Vyskocil: Initial Pretrial Conference held on 12/18/2020. (rz) (Entered: 12/18/2020) |
| 12/18/2020 | 31 | PATENT CASE MANAGEMENT PLAN AND SCHEDULING ORDER:Any party claiming patent infringement must serve on all parties a "Disclosure of Asserted Claims and Infringement Contentions" and other items required by Local Pate t Rules 6 and 9 of the Southern District of New York no later than February 1, 2021 [45 days after the Initial Scheduling Conference]The parties shall exchange proposed terms of claim elements for construction by March 29, 2021 [10 days after No. 3]. The parties shall exchange preliminary claim construction and extrinsic by April 19, 2021 [20 days after No. 4.]. The parties shall jointly file a Joint Disputed Claim Terms Chart as provided in Local Patent Rule 11 of the Southern District of New York on or before May 17, 2021 [60 days after No. 3]. The parties shall complete all discovery related to claim construction, including any depositions with respect to claim construction of any witnesses, by May 19, 2021 [30 days after No. 5]. The parties shall jointly file a claim construction chart by August 2, 2021 [7 days after the reply in No. 9].The Court will issue an order scheduling a claim construction hearing at the post− discovery conference. So Ordered Deposition due by 5/19/2021. Discovery due by 5/19/2021. Case Management Conference set for 5/27/2021 at 11:00 AM before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 12/18/2020) (js) (Entered: 12/18/2020) |
| 12/18/2020 | | Set/Reset Deadlines: Brief due by 6/18/2021. Reply to Response to Brief due by 7/26/2021. Responses to Brief due by 7/19/2021 (js) (Entered: 12/18/2020) |
| 12/21/2020 | 32 | MOTION for Daniel Sokoloff to Appear Pro Hac Vice *on behalf of CommWorks Solutions LLC*. Filing fee $ 200.00, receipt number ANYSDC−23129310. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Commworks Solutions, LLC. (Attachments: # 1 Affidavit Affidavit of Daniel Sokoloff in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing for Daniel Sokoloff, # 3 Text of Proposed Order [Proposed] Order for Admission Pro Hac Vice).(Sokoloff, Daniel) (Entered: 12/21/2020) |
| 12/21/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Daniel Sokoloff to Appear Pro Hac Vice *on behalf of CommWorks Solutions LLC*. Filing fee $ 200.00, receipt number ANYSDC−23129310. Motion and supporting papers to be reviewed by Clerk's Office staff.</. The document has been reviewed and there are no deficiencies. (bcu) (Entered: 12/21/2020)** |
| 12/21/2020 | 33 | ORDER granting 32 Motion for Daniel Sokoloff to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 12/21/2020) |
| 03/01/2021 | 34 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Daniel Sokoloff to Withdraw as Attorney . Document filed by Commworks Solutions, LLC..(Sokoloff, Daniel) Modified on 3/11/2021 (ldi). (Entered: 03/01/2021) |
| 03/11/2021 | | **\*\*\*NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Daniel Sokoloff to RE−FILE Document 34 MOTION for Daniel Sokoloff to Withdraw as Attorney . Use the event type Letter found** |

| | | |
|---|---|---|
| | | under the event list Other Documents. (ldi) (Entered: 03/11/2021) |
| 03/12/2021 | 35 | LETTER addressed to Judge Mary Kay Vyskocil from Daniel Sokoloff dated 3/12/2021 re: Withdrawal of Attorney. Document filed by Commworks Solutions, LLC..(Sokoloff, Daniel) (Entered: 03/12/2021) |
| 03/24/2021 | 36 | JOINT LETTER MOTION for Discovery *to Enter Stipulated Protective Order* addressed to Judge Mary Kay Vyskocil from Andrey Belenky and Richard L. Brophy dated 3/24/2021. Document filed by Commworks Solutions, LLC. (Attachments: # 1 Text of Proposed Order Stipulated Protective Order).(Belenky, Andrey) (Entered: 03/24/2021) |
| 04/07/2021 | 37 | MOTION for Carla J. Baumel to Withdraw as Attorney . Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Affidavit Carla J. Baumel's Declaration in Support of Motion to Withdraw).(Baumel, Carla) (Entered: 04/07/2021) |
| 04/07/2021 | 38 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... The Clerk of Court is respectfully directed to terminate the motion at docket entry 36. Motions terminated: 36 JOINT LETTER MOTION for Discovery *to Enter Stipulated Protective Order* addressed to Judge Mary Kay Vyskocil from Andrey Belenky and Richard L. Brophy dated 3/24/2021 filed by Commworks Solutions, LLC. (Signed by Judge Mary Kay Vyskocil on 4/7/2021) (va) (Entered: 04/07/2021) |
| 04/07/2021 | 39 | MEMO ENDORSED ORDER granting 37 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. SO ORDERED. Attorney Carla J. Baumel terminated. (Signed by Judge Mary Kay Vyskocil on 4/7/2021) (va) (Entered: 04/07/2021) |
| 05/14/2021 | 40 | PROPOSED STIPULATION AND ORDER. Document filed by Commworks Solutions, LLC. (Attachments: # 1 Text of Proposed Order).(Kheyfits, Dmitry) (Entered: 05/14/2021) |
| 05/17/2021 | 41 | JOINT CLAIM CONSTRUCTION STATEMENT. Document filed by Commworks Solutions, LLC..(Kheyfits, Dmitry) (Entered: 05/17/2021) |
| 05/24/2021 | 42 | LETTER MOTION for Conference *To Compel Defendant To Identify Claim Terms For Claim Construction Briefing* addressed to Judge Mary Kay Vyskocil from Andrey Belenky dated 05/24/2021. Document filed by Commworks Solutions, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Belenky, Andrey) (Entered: 05/24/2021) |
| 05/25/2021 | 43 | SCHEDULING ORDER: To accommodate the Court's calendar, IT IS HEREBY ORDERED that the conference that was previously scheduled to take place on May 27, 2021 is ADJOURNED to June 11, 2021 at 10:00 AM. The Court apologizes for any inconvenience to the parties. Case Management Conference set for 6/11/2021 at 10:00 AM before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 5/25/2021) (nb) (Entered: 05/25/2021) |
| 05/27/2021 | 44 | NOTICE OF CHANGE OF ADDRESS by Hanna Glomska Cohen on behalf of Commworks Solutions, LLC. New Address: Kheyfits Belenky LLP, 80 Broad Street, 5th Floor, New York, New York, USA 10004, 212-203-6445..(Cohen, Hanna) (Entered: 05/27/2021) |
| 05/27/2021 | 45 | LETTER addressed to Judge Mary Kay Vyskocil from Charles Palella dated May 27, 2021 re: Response to Pre-Motion Letter. Document filed by RCN Telecom Services, LLC..(Palella, Charles) (Entered: 05/27/2021) |
| 05/27/2021 | 46 | NOTICE OF CHANGE OF ADDRESS by Andrey Belenky on behalf of Commworks Solutions, LLC. New Address: Kheyfits Belenky LLP, 80 Broad Street, 5th Floor, New York, New York, 10004, 212-203-5399..(Belenky, Andrey) (Entered: 05/27/2021) |
| 05/27/2021 | 47 | NOTICE OF CHANGE OF ADDRESS by Dmitry A. Kheyfits on behalf of Commworks Solutions, LLC. New Address: Kheyfits Belenky LLP, 80 Broad Street, 5th Floor, New York, New York, 10004, 212-203-5399..(Kheyfits, Dmitry) (Entered: 05/27/2021) |

| Date | # | Description |
|---|---|---|
| 06/07/2021 | 48 | STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE:IT IS HEREBY ORDERED that: (1) CommWorks' Counts II and V in the above−captioned action relating to the '807 and '596 Patents are hereby dismissed without prejudice by agreement of CommWorks and Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; (2) The Parties shall each bear their own costs, expenses, and attorneys' fees with respect to the Counts that are subject of this Order; and (3) This Order does not extend to any other patent owned or controlled by CommWorks either expressly or by implication, estoppel or otherwise. (Signed by Judge Mary Kay Vyskocil on 6/7/2021) (rj) (Entered: 06/07/2021) |
| 06/10/2021 | 49 | MOTION for Andrew Benjamin Whitehead to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24656611. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Affidavit In Support Of Motion to File Pro Hac, # 2 Certificate of Good Standing, # 3 Certificate of Good Standing, # 4 Proposed Order).(Whitehead, Andrew) (Entered: 06/10/2021) |
| 06/10/2021 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 49 MOTION for Andrew Benjamin Whitehead to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24656611. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 06/10/2021) |
| 06/11/2021 | 50 | ORDER granting 49 Motion for Benjamin Whitehead to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 06/11/2021) |
| 06/11/2021 | 51 | NOTICE TO COUNSEL: Parties participating in the teleconference scheduled for this morning are to dial 888 278−0296 and use access code 5195844. The Court will join once all parties are on the line..(rz) (Entered: 06/11/2021) |
| 06/11/2021 | 52 | MOTION for Kyle George Gottuso to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Affidavit In Support Of Motion to File Pro Hac, # 2 Certificate of Good Standing, # 3 Proposed Order).(Gottuso, Kyle) (Entered: 06/11/2021) |
| 06/11/2021 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice re: Document No. 52 MOTION for Kyle George Gottuso to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the filing fee was not paid.Please call 212−805−0800 after the fee is Paid.. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (wb) (Entered: 06/11/2021) |
| 06/11/2021 | | Minute Entry for proceedings held before Judge Mary Kay Vyskocil: Case Management Conference held on 6/11/2021. (rz) (Entered: 06/11/2021) |
| 06/11/2021 | | Pro Hac Vice Fee Payment: for 52 MOTION for Kyle George Gottuso to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. Filing fee $ 200.00, receipt number ANYSDC−24661109..(Gottuso, Kyle) (Entered: 06/11/2021) |
| 06/11/2021 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 52 MOTION for Kyle George Gottuso to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea) (Entered: 06/11/2021) |
| 06/14/2021 | 53 | ORDER granting 52 Motion for Kyle George Gottuso to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 06/14/2021) |
| 06/14/2021 | 54 | AMENDED CLAIM CONSTRUCTION STATEMENT. Document filed by Commworks Solutions, LLC..(Kheyfits, Dmitry) (Entered: 06/14/2021) |
| 06/15/2021 | 55 | MOTION for Chris Michael Katsantonis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24677467. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by RCN Telecom Services, LLC. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit In Support Of Motion to File Pro Hac, # 2 Certificate of Good Standing, # 3 Proposed Order).(Katsantonis, Chris) (Entered: 06/15/2021) |
| 06/15/2021 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 55 MOTION for Chris Michael Katsantonis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24677467. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba) (Entered: 06/15/2021) |
| 06/17/2021 | 56 | ORDER granting 55 Motion for Michael Katsantonis to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 06/17/2021) |
| 06/18/2021 | 57 | BRIEF *Plaintiff CommWorks Solutions, LLCs Opening Brief On Clam Construction*. Document filed by Commworks Solutions, LLC. (Attachments: # 1 Affidavit Kheyfits Declaration, # 2 Exhibit Kheyfits Decl. Ex. 1, # 3 Exhibit Kheyfits Decl. Ex. 2, # 4 Exhibit Kheyfits Decl. Ex. 3, # 5 Exhibit Kheyfits Decl. Ex. 4).(Kheyfits, Dmitry) (Entered: 06/18/2021) |
| 06/29/2021 | 58 | MOTION for Wenkai Tzeng to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24732709. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Affidavit In Support Of Motion to File Pro Hac, # 2 Certificate of Good Standing, # 3 Proposed Order).(Tzeng, Wenkai) (Entered: 06/29/2021) |
| 06/30/2021 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 58 MOTION for Wenkai Tzeng to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24732709. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba) (Entered: 06/30/2021) |
| 06/30/2021 | 59 | ORDER granting 58 Motion for Wenkai Tzeng to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 06/30/2021) |
| 07/19/2021 | 60 | BRIEF re: 57 Brief, *Defendant RCN Telecom Services, LLC's Responsive Claim Construction Brief*. Document filed by RCN Telecom Services, LLC. (Attachments: # 1 Exhibit 1 − US6832249, # 2 Exhibit 2 − US7027465, # 3 Exhibit 3 − USRE44904, # 4 Exhibit 4 − US7177285, # 5 Exhibit 5 − US7911979, # 6 Exhibit 6 − US7760664, # 7 Exhibit 7 − US8116315).(Brophy, Richard) (Entered: 07/19/2021) |
| 07/26/2021 | 61 | BRIEF re: 60 Brief, *Plaintiff CommWorks Solutions LLCs Reply Brief On Clam Construction*. Document filed by Commworks Solutions, LLC. (Attachments: # 1 Affidavit Kheyfits Declaration, # 2 Exhibit Kheyfits Decl. Ex. 5, # 3 Exhibit Kheyfits Decl. Ex. 6, # 4 Exhibit Kheyfits Decl. Ex. 7).(Kheyfits, Dmitry) (Entered: 07/26/2021) |
| 08/02/2021 | 62 | NOTICE of Joint Claim Construction Chart Pursuant to the Patent Case Management Order. Document filed by Commworks Solutions, LLC..(Kheyfits, Dmitry) (Entered: 08/02/2021) |
| 11/18/2021 | 63 | ORDER terminating [ECF #42] Letter Motion To Compel Defendant To Identify Claim Terms For Claim Construction Briefing. The Court addressed this letter at a conference on June 11, 2021. (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (Entered: 11/18/2021) |
| 01/12/2022 | 64 | LETTER MOTION for Discovery *to Enter Stipulated Supplemental Protective Order for Non−Party Qualcomm Technologies, Inc.* addressed to Judge Mary Kay Vyskocil from Andrey Belenky dated 1/12/2022. Document filed by Commworks Solutions, LLC. (Attachments: # 1 Text of Proposed Order Stipulated Supplemental Protective Order).(Belenky, Andrey) (Entered: 01/12/2022) |
| 01/13/2022 | 65 | STIPULATED SUPPLEMENTAL PROTECTIVE ORDER BETWEEN NON−PARTY QUALCOMM, PLAINTIFF AND DEFENDANT...regarding procedures to be followed that shall govern the handling of confidential material..., Motions terminated: 64 LETTER MOTION for Discovery *to Enter Stipulated Supplemental Protective Order for Non−Party Qualcomm Technologies, Inc.* addressed to Judge Mary Kay Vyskocil from Andrey Belenky dated 1/12/2022. filed |

|  |  | by Commworks Solutions, LLC. (Signed by Judge Mary Kay Vyskocil on 1/13/2022) (tg) (Entered: 01/13/2022) |