IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO MEDIATEK USA INC.<br><br>IN CONNECTION WITH:<br><br>COMMWORKS SOLUTIONS, LLC,<br><br>                                          Plaintiff,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC,<br><br>                                          Defendant. | Case No:    1:22-mc-0133-RP<br><br><br><br><br><br><br><br>Case No.: 1:20-cv-7534-MKV<br><br>Pending in: The United States District Court for the Southern District of New York |

### DECLARATION BY BRANDON G. MOORE

I, Brandon G. Moore, declare as follows:

1.   I am an attorney at Kheyfits Belenky LLP, counsel for CommWorks Solutions, LLC ("CommWorks"), the movant in this matter and Plaintiff in underlying action *CommWorks Solutions, LLC v. RCN Telecom Services, LLC*, Civil Action No.: 1:20-cv-7534-MKV (S.D.N.Y.).  I have personal knowledge of the facts set forth in this declaration and could testify competently to those facts.

2.   Exhibit 1 is a true and correct copy of the Complaint for Patent Infringement (Dkt. No. 1) filed in *CommWorks Solutions, LLC v. RCN Telecom Services, LLC*, Civil Action No.: 1:20-cv-7534-MKV (S.D.N.Y.).

3.   Exhibit 2 is a true and correct copy of CommWorks' Subpoena issued to MediaTek USA Inc. delivered on June 1, 2021 in connection with *CommWorks Solutions, LLC v. RCN Telecom Services, LLC*, Civil Action No.: 1:20-cv-7534-MKV (S. D. N. Y.).

4. Exhibit 3 is a true and correct copy of the MediaTek USA Inc.'s Objections to CommWorks' Subpoena to MediaTek USA Inc. dated June 15, 2021 in connection with *CommWorks Solutions, LLC v. RCN Telecom Services, LLC*, Civil Action No.: 1:20-cv-7534-MKV (S. D. N. Y.).

5. Exhibit 4 is a true and correct copy of an email correspondence from Dmitry Kheyfits, counsel for CommWorks, dated June 23, 2021 to John Hintz, counsel for MediaTek USA Inc.

6. Exhibit 5 is a true and correct copy of an email correspondence from Brandon G. Moore dated November 11, 2021 to John Hintz, counsel for MediaTek USA Inc.

7. Exhibit 6 is a true and correct copy of certain pages from MediaTek Inc.'s Annual Report for 2020.

8. Exhibit 7 is a true and correct copy of a printout of the LinkedIn profile of Achuta Thippana, Design Manager for MediaTek Inc., located at https://www.linkedin.com/in/achutathippana/ (retrieved February 3, 2022).

9. Exhibit 8 is a true and correct copy of a printout of the LinkedIn profile of Sourabh Mathur, Sr. Member of Technical Staff for MediaTek Inc., located at https://www.linkedin.com/in/sourabh-mathur-65177811/ (retrieved February 3, 2022).

10. Exhibit 9 is a true and correct copy of a printout of the LinkedIn profile of Anand Rajagopalan, Physical Design Manager for MediaTek Inc., located at https://www.linkedin.com/in/anand-rajagopalan-7b31254/ (retrieved February 4, 2022).

11. Exhibit 10 is a true and correct copy of a printout of the LinkedIn profile of Li Ma, Senior Member of Technical Staff for MediaTek Inc., located at https://www.linkedin.com/in/li-ma-58266521/ (retrieved February 3, 2022).

12. Exhibit 11 is a true and correct copy of U.S. Patent No. US 9,300,264 B2.

13. Exhibit 12 is a true and correct copy of U.S. Patent No. US 11,002,829 B2.

14. Exhibit 13 is a true and correct copy of U.S. Patent No. US 8,027,375 B2.

15. Exhibit 14 is a true and correct copy of U.S. Patent No. US 8,316,214 B2.

16. Exhibit 15 is a true and correct copy of U.S. Reissued Patent No. US RE41,602 E.

17. Exhibit 16 is a true and correct copy of a webpage capture of a Job Search in Austin, TX on MediaTek Inc.'s Careers website (retrieved February 3, 2022).

18. Exhibit 17 is a true and correct copy of a webpage capture of a Job Search in San Jose, CA for Chip Design on MediaTek Inc.'s Careers website (retrieved February 9, 2022).

19. Exhibit 18 is a true and correct copy of a webpage capture of a Job Search in Irvine, CA for Chip Design on MediaTek Inc.'s Careers website (retrieved February 9, 2022).

20. Exhibit 19 is a true and correct copy of Declaration of Hugh Mair in support of MediaTek USA Inc.'s Motion to Quash and/or Limit the "Subpoena *Duces Tecum* and *Ad Testificandum*" Served by Complainant Tela Innovations, Inc. in United States International Trade Commission Investigation No. 337-TA-906.

21. Exhibit 20 is a true and correct copy of a printout of the LinkedIn profile of Hugh Mair, Assistant General Manager for MediaTek Inc., located at https://www.linkedin.com/in/hugh-mair-91b7534/ (retrieved February 4, 2022).

22. Exhibit 21 is a true and correct copy of Order No. 11 in United States International Trade Commission Investigation No. 337-TA-906.

23. On December 1, 2021, counsel for CommWorks and MediaTek USA Inc. met and conferred by telephone regarding CommWorks' Subpoena to MediaTek USA Inc. I was participating on this meet and confer. To my recollection, at the meet and confer counsel for

MediaTek USA Inc. stated MediaTek USA Inc. would not comply with the subpoena without a covenant not to sue from CommWorks. Counsel for MediaTek USA Inc. indicated that if CommWorks were to provide a covenant not to sue, MediaTek USA Inc. would produce the requested information. Counsel for MediaTek USA Inc. further stated that MediaTek Inc. was not served and that MediaTek USA Inc. takes the position that it is not in possession of the responsive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 15, 2022

_____
Brandon G. Moore